Ralph Ertz, ABA 8911062
Attorney at Law
800 E. Dimond Boulevard, Suite 3-520
Anchorage, AK 99515
Phone: (907) 272-2721
Fax: (907) 272-2745

Attorney for Plaintiff State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## COMPLAINT

Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned attorney, alleges the following for its Complaint against the Defendant, United States of America, through the Department of Health and Human Services (hereinafter "United States").

### NATURE OF ACTION

1. This action for damages arises out of an automobile accident at or near Anchorage, Alaska.

2. Plaintiff State Farm Mutual Automobile Insurance Company (hereinafter "State Farm") is an insurance company duly conducting business under the laws of the State of Alaska, and is fully qualified to maintain this action.

3. Defendant United States, is a governmental agency doing business within the State of Alaska.

## JURISDICTION AND VENUE

4. This court has jurisdiction over this action under the Federal Tort Claims Act, 28.U.S.C. §2671, ET. SEQ.

## FIRST CLAIM FOR RELIEF
### (Blandy Xayavongsy – NEGLIGENCE)

5. On or about December 9, 2013, at or near Anchorage, Alaska, Blandy Xayavongsy, an employee of the Defendant, drove a vehicle in a careless and negligent manner and as an actual and proximate result of said carelessness and negligence, collided with a vehicle operated by State Farm's insured, Jerry Jones, causing the Mr. Jones's vehicle to spin and impact a vehicle operated by State Farm's insured, Rhonda Winterburn.

6. Jerry Jones filed a claim with his insurance company, Plaintiff State Farm, in order to recover damages sustained in the accident.

7. As a result of the collision, personal injury and property damages in excess of $25,265.50 were incurred, the exact sum to be proven at a later date.

8. Plaintiff made payments to cover damages to date set forth above; therefore entitling the Plaintiff, by contract and otherwise, to bring and maintain this present action.

9. Rhonda Winterburn filed a claim with her insurance company, Plaintiff State Farm, in order to recover damages sustained in the accident.

10. As a result of the collision, personal injury in excess of $10,000.00 were incurred, the exact amount to be proven at a later date.

11. Plaintiff made payments to cover damages to date set forth above; therefore entitling the Plaintiff, by contract and otherwise, to bring and maintain this present action.

## SECOND CLAIM FOR RELIEF
### (UNITED STATES– RESPONDEAT SUPERIOR)

12. At the time of the collision, Blandy Xayavongsy was operating the vehicle within the scope and duty of his employment; Defendant United States is vicariously liable for its employee's negligence.

*State Farm Mutual Automobile Insurance Co. vs. United States Of America*
-2-

Case 3:16-cv-00134-SLG   Document 1   Filed 06/24/16   Page 2 of 3

## REQUEST FOR RELIEF

State Farm requests that judgment be entered in its favor and against Defendant, as follows:

A. For an award of actual damages in excess of $35,265.50, an exact amount to be proven at trial, together with interest;

B. For an award of actual costs and attorney's fees;

C. For such other and further relief is appropriate.

DATED this 20th day of June, 2016, at Anchorage, Alaska.

/s/ Ralph Ertz
Ralph Ertz, Attorney for Plaintiff
Alaska Bar No. 8911062

*State Farm Mutual Automobile Insurance Co. vs. United States Of America*
-3-

Case 3:16-cv-00134-SLG   Document 1   Filed 06/24/16   Page 3 of 3