KAREN L. LOEFFLER
United States Attorney

Gary Guarino, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Gary.Guarino@USDOJ.GOV
AK Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 3:16-cv-00134_SLG<br><br><br><br><br>**STIPULATION FOR DISMISSAL** |

The Plaintiff and Defendant, via undersigned counsel, stipulate that all claims that were asserted or that could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

*State Farm Mutual Automobile Ins. Co. v. U.S.*
3:16-cv-00134 SLG                                          1

RESPECTFULLY SUBMITTED this 20th day of October, 2016, in Anchorage, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/Gary Guarino
    Assistant U.S. Attorney
    Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on October 20, 2016,
a copy of the foregoing
was served electronically on:

Ralph Ertz

s/Gary M. Guarino
Assistant United States Attorney

*State Farm Mutual Automobile Ins. Co. v. U.S.*
3:16-cv-00134 SLG      2