IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>                    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:16-cv-00134-SLG |

## ORDER

Based upon the parties' Stipulation for Dismissal (Docket 9), this action is hereby DISMISSED with prejudice, with each party to bear its own costs, expenses and attorney's fees.

DATED this 27th day of October, 2016 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES OF AMERICA